IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALDINE BERNADIN, | : | CIVIL ACTION |
| | : | NO. 20-5364 |
| Appellant, | : | |
| v. | : | |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION | : | |
| AS TRUSTEE, SUCCESSOR IN INTEREST | : | |
| WACHOVIA BANK NATIONAL | : | |
| ASSOCIATION, AS TRUSTEE FOR | : | |
| MERRILL LYNCH INVESTORS TRUST, et al., | : | |
| | : | |
| Appellees. | : | |

## ORDER

**AND NOW,** this **17th** day of **May, 2022**, after considering Appellant Geraldine Bernadin's Appeal from the Bankruptcy Court (ECF No. 1) and the parties' briefs (ECF Nos. 13, 14, 23), it is hereby **ORDERED** that the appeal is **DISMISSED as moot** for the reasons set forth in the accompanying memorandum.

It is further **ORDERED** that the Clerk of Court shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

_Eduardo C. Robreno_
**EDUARDO C. ROBRENO, J.**